# United States Court of Appeals
## For the First Circuit

No. 08-8045

PEDRO LOPEZ

Petitioner

vs.

COMMONWEALTH OF MASSACHUSETTS.

Respondent

**CASE OPENING NOTICE**

Issued: July 11, 2008

  A petition for permission to appeal pursuant to Fed. R. Civ. P. 23(f) was received and docketed today by the clerk of the court of appeals in compliance with Fed. R. App. P. 5.

  Any answer in opposition or cross-petition must be filed within the time set by Fed. R. App. P. 5(b)(2).

  An [appearance form](#) should be completed and returned immediately by any attorney who wishes to file pleadings in this court. 1st Cir. R. 12.0(a) and 46.0(a)(2). Petitioner must file an appearance form by **July 28, 2008** in order for it to be deemed timely filed. *Pro se* parties are not required to file an appearance form. Any attorney who has not been admitted to practice before the First Circuit Court of Appeals must submit an application and fee for admission with the appearance form. 1st Cir. R. 46.0(a)(2).

  Dockets, opinions, rules, forms, attorney admission applications and the court calendar can be obtained from the court's website at [www.ca1.uscourts.gov](http://www.ca1.uscourts.gov).

  If you wish to inquire about your case by telephone, please contact the case manager at the direct extension listed below.

                   Richard Cushing Donovan, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Todd Smith - (617) 748-4273


cc:
Harold L Lichten
Shannon Liss-Riordan
Robert L. Quinan
Sookyoung Shin