# United States Court of Appeals
## For the First Circuit

### NOTICE TO COUNSEL AND *PRO SE* LITIGANTS

Since this case will be governed by the Federal Rules of Appellate Procedure and the First Circuit Local Rules, you should familiarize yourself with both sets of rules. Your attention is called specifically to the requirements listed below.

**TRANSCRIPT REPORT/ORDER FORM:** Appellant must immediately order any necessary transcripts from the court reporter, using the form specified in Loc. R. 10.0(b). Within 14 days after the appeal is docketed, appellant must file a copy of the transcript report/order form with the circuit clerk.

**TIMELINESS:** A brief is timely if it is mailed by First-Class Mail, hand-delivered to the clerk or given to a commercial carrier for three day delivery on the due date set in the schedule or order. All other papers must be received by the clerk's office within the time fixed for filing. Fed. R. App. P. 25(a)(2).

**SEALED MATERIAL:** To avoid the need to seal the entire brief or appendix, counsel shall place sealed or confidential material in a separate, sealed volume of the brief or appendix. Loc. R. 11.0.

**REFERENCES TO THE RECORD REQUIRED IN BRIEFS:** To enable the court to verify the documentary bases of the parties' arguments, factual assertions must be supported by accurate references to the appendix or to the record. Counsel should ensure that transcripts cited in the briefs have been filed and made a part of the record on appeal. The appellant is responsible for preparing the appendix.

**MOTIONS TO ENLARGE FILING DATES OR LENGTH OF BRIEFS:** Motions for extensions of time to file briefs or to file briefs in excess of applicable length limitations are discouraged. Any such request must be made by a motion filed well in advance of the date the brief is due and must set forth the additional time or length requested and detailed reasons for the request. Loc. R. 32.4.

**CERTIFICATE OF SERVICE:** The court will not consider any motion, brief or document that has not been served on all parties. Therefore, all documents submitted for filing must contain a statement, preferably attached to the document's last page, indicating the date of service, the manner of service and the names and addresses of the persons served. Fed. R. App. P. 25.

**COMPUTER GENERATED DISK:** A represented party must submit one copy of its brief, petition for rehearing and any other paper exceeding 10 pages in length on a 3½" disk, or Windows-based CD or DVD, in a single electronic file in Portable Document Format (PDF).

The main document must be generated by saving in PDF from the original word processing file, but material in the addendum may be scanned if an original word processing file of that material is unavailable. Loc. R. 32.0.

**CORPORATE DISCLOSURE STATEMENT:** Counsel representing corporations in proceedings before the court must include a corporate disclosure statement with the first document filed with the court, and **again** in front of the table of contents in a party's principal brief. Fed. R. App. P. 26.1.


cc:
Harold L Lichten
Shannon Liss-Riordan
Robert L. Quinan
Sookyoung Shin