OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

## NOTICE REGARDING REGISTRATION
## FOR ELECTRONIC NOTICING

The First Circuit has implemented the Case Management ("CM") phase of the appellate version of the judiciary's Case Management-Electronic Case Files ("CM/ECF") system. As part of this phase, attorneys and pro se litigants may elect to receive docket entries and court-generated documents (including notices, orders, opinions, and other correspondence) from the court electronically.

We encourage you to register for electronic noticing by completing the form available at www.ca1.uscourts.gov/files/forms/consent.php. Participants in electronic noticing will receive a Notice of Docket Activity ("NDA") by email when the court makes a docket entry in any of their cases.

During the CM phase, NDA's will contain a link to any court-generated document associated with the docket entry. However, NDA's will not contain links to party filings. Thus, many NDA's during this first phase will contain docket text but no link.

The second phase ("ECF") will follow at a later time. Once ECF is implemented, NDA's will contain links to electronic party filings, as well as court-generated documents. A separate registration will be required for ECF.

Participants who register for electronic noticing must promptly inform the court if their email address changes. A change of address form is available on the court's website, www.ca1.uscourts.gov, on the Forms & Notices page.

Further information regarding the court's implementation of CM/ECF will be available on the court's website. You should check this website periodically for up-to-date information.

March 31, 2008