# United States Court of Appeals
## For the First Circuit

No. 08-8045

PEDRO LOPEZ, INDIVIDUALLY AND ON BEHALF OF A
CLASS OF INDIVIDUALS SIMILARLY SITUATED, ET AL.

Plaintiffs - Petitioners

v.

CITY OF LAWRENCE, MASSACHUSETTS, ET AL.

Defendants - Respondents

Before

Lipez, Selya and Howard,
Circuit Judges.

JUDGMENT

Entered:  September 12, 2008

      Plaintiffs have filed a petition pursuant to Fed. R. Civ. P. 23(f) for leave to appeal from the district court's June 9, 2008 order denying class certification.  We are not persuaded that plaintiffs have demonstrated that "an appeal will permit the resolution of an unsettled legal issue that is important to the particular litigation as well as important in itself and likely to escape effective review if left hanging until the end of the case."  See Waste Management Holdings, Inc. v. Mowbray, 208 F.3d 288, 293-94 (1st Cir. 2000).  Accordingly, the Rule 23(f) petition is denied.

                By the Court:


                /s/ Richard Cushing Donovan, Clerk

cc: Leah M. Barrault
James M. Bowers
Daniel C. Brown
Laurie W. Engdahl
Mary Jo Harris
Brian W. Leahey
Harold L. Lichten
Shannon Liss-Riordan
Peter J. McQuillan
Robert P. Morris
Robert L. Quinan
Sookyoung Shin